19454. EPSTEIN *et al. v.* ESSERMAN *et al.*

BROYLES, C. J. 1. Under the pleadings the court did not err in ruling that the defendants had the right to open and conclude the argument.
2. In the light of the facts of the case and the charge of the court, none of the special grounds of the motion for a new trial, complaining of certain excerpts from the charge and of the failure to charge certain things, show error requiring a new trial.
3. The verdict was authorized by the evidence.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 9, 1929.

*Wright, Wright & Covington,* for plaintiffs.
*Maddox, Matthews & Owens,* for defendants.